**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Larry Jones Jr., et al.
                        Plaintiff,

v.                                                   Case No.: 1:08−cv−00413
                                                     Honorable George W. Lindberg

City of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 14, 2008:

      MINUTE entry before Judge George W. Lindberg :Hearing reset to 2/21/2008 at 11:00a.m. on defendant City of Chicago motion for extension of time to file answer or otherwise plead. No court appearance required on 2/20/2008. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.