AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Larry Jones, Jr. and Damion Jones, by his mother and next friend, Veronica Jones,

V.

City of Chicago, a municipal corporation, et al.

CASE NUMBER: 08CV413

ASSIGNED JUDGE: Judge Lindberg

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Ashman

TO: (Name and address of Defendant)

Detective John L. Folino, Jr., Star #20143
Chicago Police Department Headquarters
3510 S. Michigan Ave., 5th Floor - Legal Affairs
Chicago, IL  60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John W. Gerstner
Gerstner & Gerstner
53 W. Jackson Blvd., Suite 1538
Chicago, IL  60604

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

FEB 1 1 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE February 13, 2008 |
| NAME OF SERVER *(PRINT)* Mary Anne Gerstner | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies of Summons, Complaint, and Notice of Removal directed to Detective John L. Folino, Jr., Star #20143 with Emerald Yancy, Chicago Police Department Office of Legal Affairs at Chicago Police Department Headquarters, 3510 S. Michigan Ave., Chicago, IL 60653 on February 13, 2008 at 10:25 A.M.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 13, 2008
           Date

*Signature of Server*

Gerstner & Gerstner
53 W. Jackson Blvd., Suite 1538
Chicago, IL  60604
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.