**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Larry Jones Jr., et al.
                          Plaintiff,

v.                                            Case No.: 1:08−cv−00413
                                                   Honorable George W. Lindberg

City of Chicago, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 21, 2008:

      MINUTE entry before Judge George W. Lindberg : Status hearing held and continued to 3/19/2008 at 9:30a.m. MOTION by Defendant City of Chicago for extension of time to file answer or otherwise plead is granted. The date to answer or otherwise plead to the complaint is extended to 3/13/2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.