IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY JONES, JR., and DAMION JONES by his Mother and next friend, VERONICA JONES, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, a municipal corporation, OFFICER JAMES SMITH, STAR # 20664, OFFICER DARLENE WUJCIK, STAR # 1661, DETECTIVE JOHN L. FOLINO, JR., STAR # 20143, OFFICER MARTIN PHILBIN, STAR # 4211, OFFICER CARL HATTULA, STAR # 20516, OFFICER T.K. FOLINO, STAR # 8669, OFFICER J.L. FLORES, STAR # 8080, OFFICER F.M. FAGIANO, STAR # 45, DETECTIVE TIMOTHY B. MCDERMOTT, STAR # 21084, OFFICER J.E. ALVARADO, STAR # 12730, OFFICER S.B. FORDE, STAR # 20203, OFFICER S.M. FERGUS, STAR # 20809, OFFICER V.H. KUBICA, STAR # 21066, OFFICER S.P. DORSEY, STAR # 6126, OFFICER VAIL, OFFICER SMITH, and Unknown Chicago Police Officers, <br><br> Defendants. | NO. 08 C 413 <br><br> HON. GEORGE W. LINDBERG Judge Presiding <br><br> MAGISTRATE JUDGE ASHMAN |

**NOTICE OF AGREED MOTION**

TO:   John W. Gerstner
Mary Anne Spellman Gerstner
Gerstner & Gerstner
53 W. Jackson Bvld., Suite 1538
Chicago, IL  60604

**PLEASE TAKE NOTICE** that on Wednesday, March 19, 2008, at 9:30 a.m., the next scheduled status in this case, or as soon thereafter as counsel may be heard, before the Honorable George W. Lindberg, or whomever shall be sitting in his stead, in Room 1425 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, we will then and there present the attached **INDIVIDUAL**

**DEFENDANTS' AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.**

                                                Respectfully submitted,

                                                _____

                                                JONATHAN CLARK GREEN
                                                Senior Corporation Counsel
                                                30 North LaSalle Street, Suite 1400
                                                Chicago, IL  60602
                                                (312) 744-0226
                                                Atty. No. 06193934

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that he has caused a copy of the foregoing **INDIVIDUAL DEFENDANTS' AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** to be served upon the above-named at the above address by **U.S. Mail** on the 10th day of March, 2008, unless they have already been served by way of the Court's official e-filing system.

                                                _____

                                                Jonathan Clark Green