IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY JONES, JR., and DAMION JONES by his Mother and next friend, VERONICA JONES, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | NO.  08 C 413 |
| v. | ) ) ) ) | HON. GEORGE W. LINDBERG Judge Presiding |
| CITY OF CHICAGO, a municipal corporation, OFFICER JAMES SMITH, STAR # 20664, OFFICER DARLENE WUJCIK, STAR # 1661, DETECTIVE JOHN L. FOLINO, JR., STAR # 20143, OFFICER MARTIN PHILBIN, STAR # 4211, OFFICER CARL HATTULA, STAR # 20516, OFFICER T.K. FOLINO, STAR # 8669, OFFICER J.L. FLORES, STAR # 8080, OFFICER F.M. FAGIANO, STAR # 45, DETECTIVE TIMOTHY B. MCDERMOTT, STAR # 21084, OFFICER J.E. ALVARADO, STAR # 12730, OFFICER S.B. FORDE, STAR # 20203, OFFICER S.M. FERGUS, STAR # 20809, OFFICER V.H. KUBICA, STAR # 21066, OFFICER S.P. DORSEY, STAR # 6126, OFFICER VAIL, OFFICER SMITH, and Unknown Chicago Police Officers, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MAGISTRATE JUDGE ASHMAN |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION**

TO:   John W. Gerstner
      Mary Anne Spellman Gerstner
      Gerstner & Gerstner
      53 W. Jackson Bvld., Suite 1538
      Chicago, IL  60604

   **PLEASE TAKE NOTICE** that on Wednesday, March 19, 2008, at 9:30 a.m., the next scheduled status in this case, or as soon thereafter as counsel may be heard, before the Honorable George W. Lindberg, or whomever shall be sitting in his stead, in Room 1425 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, we will then and there present the attached **INDIVIDUAL**

1

**DEFENDANTS' AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.**

Respectfully submitted,

___/s/ Jonathan Clark Green_____
JONATHAN CLARK GREEN
Senior Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL  60602
(312) 744-0226
Atty. No. 06193934

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he has caused a copy of the foregoing **INDIVIDUAL DEFENDANTS' AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** to be served upon the above-named at the above address by **U.S. Mail** on the 11th day of March, 2008, unless they have already been served by way of the Court's official e-filing system.

___/s/ Jonathan Clark Green_____
Jonathan Clark Green