IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY JONES, JR., and DAMION JONES, by his Mother and next friend, Veronica Jones, | ) ) ) | |
| Plaintiff(s), | ) ) ) | No.   08 C 0413 |
| v. | ) ) ) | JUDGE LINDBERG |
| CITY OF CHICAGO, a Municipal Corporation, et al., | ) ) ) | Magistrate Judge Ashman |
| Defendant(s). | ) ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   All parties of record

**PLEASE TAKE NOTICE** that on this 13th day of March, 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFFS' COMPLAINT**, a copy of which is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the persons who are e-filers for this case under CM/ECF this 13th day of March, 2008.

Respectfully submitted,

By:   /s/ Rita Moran
RITA MORAN
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 742-9866
Attorney No. 06270301