# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Larry Jones Jr., et al.

                              Plaintiff,

v.                                          Case No.: 1:08−cv−00413
                                            Honorable George W. Lindberg

City of Chicago, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 14, 2008:

          MINUTE entry before Judge George W. Lindberg : MOTION by Defendants
Martin Philbin, T.K. Folino, F.M. Fagiano, Timothy B. McDermott, J.E. Alvarado, S.B.
Forde, S.M. Fergus, V.H. Kubica, S.P. Dorsey, James Smith, Darlene Wujcik, and John L.
Folino, Jr for extension of time to file answer or otherwise plead is granted. The date to
answer or otherwise plead is extended to 4/9/2008. The status hearing scheduled for
3/19/2008 is stricken and reset to 4/16/2008 at 9:30a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.