AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS   SUMMONS IN A CIVIL CASE

Larry Jones, Jr. and Damion Jones, by his
mother and next friend, Veronica Jones,

CASE NUMBER:   08CV413

V.

ASSIGNED JUDGE:   Judge Lindberg

City of Chicago, a municipal corporation, et al.

DESIGNATED
MAGISTRATE JUDGE:   Magistrate Judge Ashman

TO: (Name and address of Defendant)

Officer Smith
Detective John Smith, Star #20407
3510 S. Michigan Ave., 5th Floor - Legal Affairs
Chicago, IL  60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John W. Gerstner
Gerstner & Gerstner
53 W. Jackson Blvd., Suite 1538
Chicago, IL  60604

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR 1 4 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | April 15, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Mary Anne Gerstner | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copy of Alias Summons, Complaint, and Notice of Removal directed to Officer Smith, Detective John Smith, Star #20407 with Officer Paluck, Star #8467, Chicago Police Department Office of Legal Affairs at Chicago Police Department Headquarters, 3510 S. Michigan Ave., Chicago, IL 60653 on April 15, 2008 at 9:50 A.M.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 15, 2008        *[signature]*
            Date                    Signature of Server

Gerstner & Gerstner
53 W. Jackson Blvd., Suite 1538
Chicago, IL  60604
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.