UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Larry Jones Jr., et al.
                    Plaintiff,
v.                                            Case No.: 1:08−cv−00413
                                              Honorable George W. Lindberg
City of Chicago, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

MINUTE entry before Judge Honorable George W. Lindberg: Status hearing held and continued to 5/28/2008 at 9:30a.m. Defendants' agreed motion for extension of time until 5/9/2008 in which to answer or otherwise plead to the complaint is granted. Discovery cutoff set for 9/3/2008. Discovery hearing set for 8/6/2008 at 9:30a.m. Motion for summary judgment to be filed on or before 9/24/2008. Response due 10/8/2008. Reply due 10/15/2008. Ruling set for 11/12/2008 at 9:30a.m. Proposed final pretrial order to be submitted to chambers by 2:00p.m. on 11/12/2008. Trial set for 12/1/2008 at 10:00a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.