**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LARRY JONES, JR., and DAMION JONES     )
by his Mother and next friend,     )
VERONICA JONES,     )
     )    NO.  08 C 413
          Plaintiffs,    )
     )    HON. GEORGE W. LINDBERG
    v.     )    Judge Presiding
     )
CITY OF CHICAGO, et al.,     )    MAGISTRATE JUDGE ASHMAN
     )
          Defendants.    )

## NOTICE OF AGREED MOTION

TO:    John W. Gerstner
        Mary Anne Spellman Gerstner
        Gerstner & Gerstner
        53 W. Jackson Bvld., Suite 1538
        Chicago, IL  60604

**PLEASE TAKE NOTICE** that on <u>Wednesday, April 23, 2008, at 9:30 a.m.</u>, or as soon thereafter as counsel may be heard, before the Honorable George W. Lindberg, or whomever shall be sitting in his stead, in Room 1425 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, we will then and there present the attached **DEFENDANTS' JOINT AGREED MOTION TO REASSIGN RELATED CASE**, a copy of which is herewith served upon you**.**

Respectfully submitted,

/s/  Christopher A. Wallace
    Christopher A. Wallace

Assistant Corporation Counsel
*Attorney for Individual Defendants*

30 N. LaSalle St.
Suite 1400
Chicago, Illinois 60602
(312) 742-6408
Attorney No. 6278655

## CERTIFICATE OF SERVICE

I, Christopher Wallace, an attorney, hereby certify that on Thursday, April 17, 2008, I caused true and correct copies of the above and foregoing Motion to be served upon

John Gerstner
Mary Anne Spellman Gerstner
Gerstner & Gerstner
53 W. Jackson, Suite 1538
Chicago, IL 60604
*Attorney for Plaintiffs*

*by filing the same before the Court via the ECF system.*

and upon;

Robert W. Smith
 320 S. Westmore
Lombard, IL 60148
*Attorney for Plaintiffs*

Christopher Smith, James Baranyk, & Jared Kosoglad
Law Offices of Christopher Smith
119 N. Peoria St., Suite 3A
Chicago, IL 60607
*Attorney for Plaintiff Andre Wilson in case no. 08 C 1702*

*via U.S. Mail.*

/s/ Christopher Wallace
Christopher Wallace