**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LARRY JONES, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | 08 C 0413 |
| | ) | |
| v. | ) | |
| | ) | Judge Lindberg |
| CITY OF CHICAGO, et al. | ) | |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION
FOR LEAVE TO WITHDRAW COUNSEL**

Defendant City of Chicago (the "City"), by its attorney, Mara S. Georges, Corporation Counsel, respectfully moves this Court for leave to withdraw the appearance of Déja Nave as attorney of record, pursuant to Northern District of Illinois Local Rule 83.17.  In support of this motion, the City states:

1.      Assistant Corporation Counsel Déja Nave currently has an appearance on file on behalf of the City in the above-captioned matter.

2.      Assistant Corporation Counsel Rita Moran remains an attorney of record for the City.

3.      The City respectfully requests that Déja Nave be withdrawn as an attorney of record for the City.

4.      This motion does not impact any current Court case schedules, and it is not being made for the purpose of delay or for any other improper purpose.

WHEREFORE, the defendant City of Chicago respectfully requests that the Court grant its motion for leave to withdraw the appearance of Déja Nave as counsel of record for the City, pursuant to Northern District of Illinois Local Rule 83.17.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the
City of Chicago

s/ Déja C. Nave
DÉJA C. NAVE
Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, IL 60602
(312) 744-6951

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on May 15, 2008, she electronically filed the Defendant City of Chicago's Motion for Leave to Withdraw Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter who are registered to receive notice through the CM/ECF system.


By:     /s/ *Déja C. Nave*
_____        DÉJA C. NAVE