**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LARRY JONES, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | 08 C 0413 |
| | ) | |
| v. | ) | |
| | ) | Judge Lindberg |
| CITY OF CHICAGO, et al. | ) | |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   All attorneys of record

**PLEASE TAKE NOTICE** that I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant City of Chicago's Motion for Leave to Withdraw Counsel, a copy of which is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Lindberg or before such other Judge or Magistrate Judge sitting his stead, on the 28th day of May, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois, this 15th day of May 2008.

Respectfully submitted,

s/ Déja C. Nave
DÉJA C. NAVE
Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, IL 60602
(312) 744-6951