IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE WILSON, | ) | |
| | ) | **No.   08 C 1802** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JUDGE ZAGEL |
| CITY OF CHICAGO, a Municipal Corporation, | ) | |
| OFFICER JAMES SMITH, Star #20664, | ) | |
| OFFICER DARLENE WUJCIK, Star #1661, | ) | |
| DETECTIVE JOHN L. FOLINO, JR., Star #20143, | ) | |
| OFFICER MARTIN PHILBIN, Star # 4211, | ) | Magistrate Judge Ashman |
| OFFICER CARL HATTULA, Star #20516, | ) | |
| OFFICER T. K. FOLINO, Star #8669, | ) | |
| OFFICER J. L. FLORES, Star #8080, | ) | |
| OFFICER F. M. FAGIANO, Star #45, | ) | |
| DETECTIVE TIMOTHY B. McDERMOTT, | ) | JURY DEMAND |
| Star #21084, OFFICER J. E. ALVARADO, | ) | |
| Star #12730, OFFICER S. B. FORDE, Star #20203, | ) | |
| OFFICER S. M. FERGUS, Star #20809, OFFICER | ) | |
| V. H. KUBICA, Star #21066, OFFICER S. P. | ) | |
| DORSEY, Star #6126, OFFICER VAIL, | ) | |
| OFFICER SMITH, and Unknown Chicago | ) | |
| Police Officers, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:     All parties of record

**PLEASE TAKE NOTICE** that on this 19th day of March, 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Parties' consent to Exercise of Jurisdiction by a United States Magistrate Judge**, a copy of which is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the persons who are e-filers for this case under CM/ECF this 19th day of March, 2008.

                                          Respectfully submitted,

By:   /s/ Rita Moran
       RITA MORAN
       Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-4939
Attorney No. 06270301