IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY JONES, JR., and DAMION JONES, by his Mother and next friend, Veronica Jones, <br><br>  Plaintiff(s), <br><br> v. <br><br> CITY OF CHICAGO, a Municipal Corporation, OFFICER JAMES SMITH, Star #20664, OFFICER DARLENE WUJCIK, Star #1661, DETECTIVE JOHN L. FOLINO, JR., Star #20143, OFFICER MARTIN PHILBIN, Star #4211, OFFICER CARL HATTULA, Star #20516, OFFICER T. K. FOLINO, Star #8669, OFFICER J.L. FLORES, Star #8080, OFFICER F. M. FAGIANO, Star #0045, DETECTIVE TIMOTHY B. McDERMOTT, Star #21084, OFFICER J.E. ALVARADO, Star #12730, OFFICER S.B. FORDE, Star #20203, OFFICER S.M. FERGUS, Star #20809, OFFICER V. H. KUBICA, Star #21066, OFFICER S.P. DORSEY, Star #6126, OFFICER VAIL, OFFICER SMITH, and Unknown Chicago Police Officers, <br><br> Defendants. | No.   08 C 0413 <br><br> JUDGE LINDBERG <br><br> Magistrate Judge Ashman |

**CORRECTED NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:    All parties of record

   **PLEASE TAKE NOTICE** that on this 19TH day of March, 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Parties' consent to Exercise of Jurisdiction by a United States Magistrate Judge**, a copy of which is herewith served upon you.

   I hereby certify that I have served this corrected notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the persons who are e-filers for this case under CM/ECF this 21st day of March, 2008.

                          Respectfully submitted,

By:   /s/ Rita Moran
       RITA MORAN
       Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-4939
Attorney No. 06270301