IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY JONES, et. al., | ) | |
|       Plaintiffs, | ) | 08 C 413 |
| | ) | |
| v. | ) | |
| | ) | Judge LINDBERG |
| | ) | |
| CITY OF CHICAGO, et. al., | ) | Magistrate Judge ASHMAN |
|       Defendants. | ) | |

| | | |
|---|---|---|
| ANDRE WILSON, | ) | |
|       Plaintiff, | ) | 08 C 1702 |
| | ) | |
| v. | ) | |
| | ) | Judge LINDBERG |
| | ) | |
| CITY OF CHICAGO, et. al., | ) | Magistrate Judge ASHMAN |
|       Defendants. | ) | |

### NOTICE OF MOTION

To:    All attorneys listed on the attached certificate of service

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S MOTION FOR ENTRY OF A PROTECTIVE ORDER,** a copy of which is attached hereto and herewith served upon you.

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Lindberg, or before such other Judge sitting in his place or stead, on the 28th day of May, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

    **DATED** at Chicago, Illinois this 23th day of  May, 2008.

MARA S. GEORGES
CORPORATION COUNSEL
CITY OF CHICAGO

BY:     /s/ Rita Moran

RITA MORAN
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-4939
Attorney No.: 06270301