# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Larry Jones Jr., et al.

                    Plaintiff,

v.                                      Case No.: 1–08–cv–00413

                                      Honorable Martin C. Ashman

City of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

       MINUTE entry before the Honorable Martin C. Ashman: Status hearing held on 7/28/2008; and continued to 9/3/2008 at 10:00 AM. Written discovery ordered closed by 12/3/2008. Depositions to be completed by 3/31/2009. Expert reports by 5/29/2009. Expert depositions and all discovery ordered closed by 6/30/2009. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.